180 So. 592

## Eugene ROBERSON v. STATE.

### 8 Div. 891.

Supreme Court of Alabama.
April 14, 1938.

Fred S. Parnell, of Florence, for the Motion.

A. A. Carmichael, Atty. Gen., opposed.

KNIGHT, Justice.

This cause came before this court on petition by Eugene Roberson for writ of certiorari to the Court of Appeals, to review and revise the opinion and judgment of said court in the case of Roberson v. State, 180 So. 591.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

180 So. 594

## Alton FRENCH v. STATE.

### 6 Div. 319.

Supreme Court of Alabama.
April 14, 1938.

A. A. Carmichael, Atty. Gen., and Jack Crenshaw, Asst. Atty. Gen., for the State.

R. G. Kelton, of Oneonta, opposed.

PER CURIAM.

Petition of the State of Alabama, by and through its Attorney General, for certiorari, to the Court of Appeals to review and revise the judgment and decision of that court in the case of French v. State, 180 So. 592.

Writ denied.

ANDERSON, C. J. and THOMAS, BROWN, and KNIGHT, JJ., concur.

180 So. 590

## ALABAMA COCA–COLA BOTTLING CO. v. CAUSEY.

### 7 Div. 507.

Supreme Court of Alabama.

April 14, 1938.

W. T. Starnes, of Pell City, and Knox, Acker, Sterne & Liles, of Anniston, for petitioner.

Frank B. Embry, of Pell City, opposed.

PER CURIAM.

The petitioner seeks to review the Court of Appeals on that court's conclusion of fact, and the evidence on which such conclusion is rested is not set out in extenso in the court's opinion. This necessitates a denial of the writ. Postal Telegraph Cable Co. v. Minderhout, 195 Ala. 420, 71 So. 91.

Writ of certiorari denied.

ANDERSON, C. J., and THOMAS, BROWN and KNIGHT, JJ., concur.